IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Addison, Irvin L | Case Number: 08 B 15678 |
|---|---|---|
| | Addison, Autrill | Judge: Goldgar, A. Benjamin |
| | Printed: 12/23/08 | Filed: 6/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,371.15 | |
| Secured: | | 1,200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 83.76 |
| Other Funds: | | 4,087.39 |
| Totals: | 5,371.15 | 5,371.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 0.00 | 0.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Beneficial | Secured | 0.00 | 0.00 |
| 4. | American Honda Finance Corporation | Secured | 6,254.00 | 400.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 11,318.00 | 400.00 |
| 6. | Cook County Treasurer | Secured | 6,499.00 | 0.00 |
| 7. | Ford Motor Credit Corporation | Secured | 6,228.00 | 400.00 |
| 8. | Citi Residential Lending Inc | Secured | 21,581.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 1,849.71 | 0.00 |
| 10. | CitiFinancial Auto Credit Inc | Unsecured | 428.67 | 0.00 |
| 11. | American Honda Finance Corporation | Unsecured | 181.04 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,194.36 | 0.00 |
| 13. | Chase Bank USA NA | Unsecured | 239.31 | 0.00 |
| 14. | Ford Motor Credit Corporation | Unsecured | 49.34 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 1,670.00 | 0.00 |
| 16. | Nicor Gas | Unsecured | 1,895.63 | 0.00 |
| 17. | IC Collections | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Advance Til Payday | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 23. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| | | | $ 59,388.06 | $ 1,200.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Addison, Irvin L
Addison, Autrill
Printed: 12/23/08

Case Number: 08 B 15678
Judge: Goldgar, A. Benjamin
Filed: 6/18/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 62.55 |
| 6.6% | 21.21 |
|  | $ 83.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

